**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOANN JOHNSON                                                                 PLAINTIFF

v.                                         No. 4:05CV01904 JLH

OAKDALE NURSING FACILITY                                       DEFENDANT

## <u>JUDGMENT</u>

Pursuant to the Opinion and Order entered separately today, judgment is hereby entered in

favor of the defendant on all counts.  Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 7th day of August, 2006.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE